# EXHIBIT

# 3

# *NICK AUTORINA*
## *CURRICULUM VITAE*

Nick Autorina has 22 years' direct experience HUD grant programs and has managed HUD grant portfolios in four of the largest HUD entitlement jurisdictions in the state of Georgia. His diverse background has included positions ranging from Program Manager, Senior Consultant, Deputy Director, and Managing Director. His career in the community development field began in 1996 working for Augusta-Richmond County, Georgia. In 1998, he moved to Atlanta and was hired by WFN, Inc. where he has spent the last 20 years in a variety of leadership roles. Mr. Autorina has created several performance-based measurement tools for the community development practitioner such as the Community Asset Gap Analysis™, the Housing Opportunity Zone Matrix, and the Investment-Based Efficiency Model for HUD Block Grant Programs in addition to authoring a number of articles and professional papers.

Nick continues to be a principal trainer and featured speaker at local, state, and national workshops and conferences on emerging programmatic and regulatory issues relevant to the Community Development field. He has served as a consultant and has testified as an expert witness in court cases involving complex HUD regulations regarding HUD Programs as it relates to eligible uses, administrative costs, and compliance with Fair Housing Law and other cross-cutting requirements. Mr. Autorina's experience with HUD-specific grant programs, paired with his visionary leadership and creativity, gives WFN the ability to deliver state-of-the-art community development products and consulting services throughout the United States.

**EXPERIENCE:**

WFN Inc. and WFN Consulting, LLC – Marietta, Georgia [2010 to Present]
*President and Chief Operating Officer -*
As President and CEO of WFN Inc. and its wholly-owned subsidiary, WFN Consulting, LLC, Nick oversees the day-to-day operations of the firm's corporate headquarters and 19 full-time employees assigned to WFN Field Office's in Marietta and Lawrenceville, Georgia. Under his leadership, WFN's product-offerings have expanded to include Affirmatively Furthering Fair Housing Reports [AFFH], Leadership Training Seminars, Fair Housing Education, Organizational Structure and Analysis, Expert-Witness testimony. And since 2010, a HUD-TA provider under HUD's OneCPD Technical Assistance Program.

WFN, Inc. – Marietta, Georgia [1998 – 2010]
*Program Manager, Senior Consultant, Deputy Director for Operations, and Managing Director*
Nick has worked at every level in the Community Development field starting as a Program Manager for WFN's Field Office in Jonesboro, Georgia [Clayton County] from 1998 to 2002. He then transferred to the Cobb County Office where from 2002 through 2006, he managed the CDBG and HOME Programs until he was promoted to Deputy Director for Operations and held this position from 2006 -2008. Nick was promoted to Managing Director in 2008 where he managed a 12-person staff and was responsible for approximately $15 million in Federal grant funds allocated to Cobb County from HUD [CDBG, HOME, ESG, and NSP] and the Department of Justice [DOJ] JAG.

# *NICK AUTORINA*
## *CURRICULUM VITAE*

### MEMBERSHIPS:

National Association for County Community & Economic Development [NACCED]
   Committee Chairman –Community Development – 2008 to 2011

National Association for County Community & Economic Development [NACCED]
   Committee Chairman – Program Support & Education -- 2007

### SPEAKING ENGAGEMENTS:

Gwinnett County, Georgia
*"Affirmatively Furthering Fair Housing: HUD Grantee Requirements Under the Fair Housing Act"*
August 2017

City of Anniston, Alabama
*"A Citizens Guide to the Fair Housing Act"*
*"The Professionals Guide to the Fair Housing Act"*
April 2016

Cobb County, Georgia
*"An Introduction to HUD's new Affirmatively Furthering Fair Housing [AFFH] Requirements"*
April 2016

City of Valdosta, Georgia
*"A Citizens Guide to the Fair Housing Act"*
*"The Professionals Guide to the Fair Housing Act"*
April 2016

City of Sandy Springs, Georgia
*"Fair Housing Basics"*
June 2015

Southern Regional Grant Writers Annual Conference
*"So You Want to be a Consultant?"*
May 2015

City of Valdosta, Georgia
*"Fair Housing Basics"*
April 2015

City of Roswell, Georgia
*"Fair Housing Series"*
July 2014

OneCPD Technical Assistance National Webinar for HUD Grantees
*"NSP Monitoring Guide for Local Governments"*
May 2014

Appalachian Housing & Redevelopment Corporation
*"Navigating the Fair Housing Act"*
Rome, GA, April 2014

National Association of Counties [NACO] Conference
*"How Community Development Programs Impact Local Public/Private Sectors"*
Fort Worth, TX, July 2013

National Association for County Community & Economic Development [NACCED]
*"The Performance Measurement Dilemma: Making the Case for an Investment-Based Efficiency Model for HUD's Federal Block Grant Programs"*
Orlando, FL, October 2012

Arizona Chapter of the National Association of Housing and Redevelopment Officials (NAHRO)
*"Understanding and Interpreting the CDBG Program"*
*"Performance Measurement 2.0 – A Value-Based Investment Analysis for HUD Grant Programs"*
*"Understanding and Interpreting the HOME Program"*
Scottsdale, AZ, September 2012

National Association of Counties [NACO] Conference
*"The Performance Measurement Dilemma: Making the Case for an Investment-Based Efficiency Model for HUD's Federal Block Grant Programs"*
Washington, DC, March 2012

National Association for County Community & Economic Development [NACCED]
*"Fair Housing Basics"*
Los Angeles, CA, September 2011

National Association of Counties [NACO] Conference
*"NSP – Performance Update Presentation"*
Nashville, TN, September 2010

National Association of Counties [NACO] Legislative Conference
*"Introducing the Cobb County NSP Business Model"*
Washington, DC, March 2009

US Department of Housing & Urban Development
*"NSP1 Webinar"*
Washington, DC, June 11, 2009

Center for Housing Policy National Housing Conference
*"Introducing the Cobb County NSP Business Model"*
 Chicago, Illinois, June 2009

National Association for County Community & Economic Development [NACCED]
*"Cross-Cutting Requirements for CDBG: A Primer"*
 Atlanta, Georgia, September 2008

National Association for County Community & Economic Development [NACCED
*"How to Effectively Conduct an Internal Audit of Your CDBG Program"*
 Tucson, Arizona, October 2007

New Jersey Urban County Community Development Association [NJUCCDA]
*"Measuring Performance to Portray Effectiveness & Impact"*
 Atlantic City, New Jersey, June 2007

New Jersey Urban County Community Development Association [NJUCCDA]
*"Community Development Basics"*
 Atlantic City, New Jersey, June 2006

New Jersey Urban County Community Development Association [NJUCCDA]
*"Implementing the Proposed Performance Measurement System"*
 Atlantic City, New Jersey, June 2005

National Association for County Community & Economic Development] NACCED
*"Putting a Face on Data" – A Case Study*
 Miami, Florida, September 2004

New Jersey Urban County Community Development Association [NJUCCDA]
*"Developing Performance Measurement Systems for Entitlement Communities"*
 Atlantic City, New Jersey, June 2004


## *DISTRIBUTED PAPERS*:

"*Measuring the Return on Investment for Disaster Recovery Programs*" – April 2015

"*Considerations of Craft, Organization, and Politics for the Community Development Professional*" – February 2015

"*A Game Changer: Why HUD's Efforts to Improve Their Affirmatively Furthering Fair Housing Framework Matters*" – November 2014

"*Workplace Communications and Team Building: Lessons for the Community Development Field*" – March 2014

"*Finding a Balance Between Policy and Pragmatism: Do HUD Programs Have a Future?*" – December 2013

"*The Community Development Practitioner: Considerations on Organizational Structure, Leadership, and Talent Cultivation.*" – November 2013

"*The Performance Measurement Dilemma: Making the Case for an Investment-Based Efficiency Model for HUD's Federal Block Grant Programs*" - October 2012

"*The Impact of the Community Development Block Grant Program in Cobb County, Georgia – An Historical Perspective – 1982-2005*" - February 2006

## PUBLISHED WORKS:

"*The Performance Measurement Dilemma: Making the Case for an Investment-Based Efficiency Model for HUD's Federal Block Grant Programs*" – *Governing Magazine* - October 2012

National Association for County Community and Economic Development
Community Development Block Grant Training Manual
"*Chapter 7 – Selecting Projects & Activities*"
Presented, March 2005
Publication Date: September 2005

## EDUCATION:

**HARVARD UNIVERSITY**, Cambridge, MA
Program on Negotiation for Senior Executives, May 2011

**TAFT UNIVERSITY SCHOOL OF LAW**, Santa Ana, CA
Juris Doctor [JD], April 2011

**BRENAU UNIVERSITY**, Gainesville, GA
Bachelor of Science [BS], May 1992