# EXHIBIT

# 1




**State of Connecticut**
GENERAL ASSEMBLY
STATE CAPITOL
HARTFORD, CONNECTICUT 06106-1591
April 30, 2015

VIA FACSIMILE AND FIRST CLASS MAIL

Mr. Daniel Osbourne
President, Gillead
222 Main Street Extension
P.O. Box 1000
Middletown, Connecticut 06457

Re:   Reiman Drive Group Home

Dear Mr. Osbourne:

    We are writing to follow up disconcerting information we received from one of our constituents regarding Gilead statements at the public meeting of last week. We were told in your presentation that the nature of the police calls to your other Gilead properties was non-violent and minor which can be characterized as misleading at best if these allegations are true. We hope your have not intentionally mislead the citizens of Cromwell when explaining the nature of the police incidences.

    We were informed that incidences occurring on Gilead properties have been much more frequent and violent than explained at the April 20th public meeting. Your presentation stated that one property had thirty phone calls and all the incidents were classified as "non-emergency." This does not conform to what were told.

    We were told that a week prior to the public meeting a Gilead client was arrested for assaulting a case worker; allegedly this was not the first time this client had physically assaulted the case worker. Additionally, allegedly there have been several other violent events where residents have been arrested for assault, including one stabbing case. It appears that these major events, which were reported in several news outlets, were intentionally withheld from the explanation you gave at the public meeting. You presented that your clients would not present a safety risk to the community or first responders and they would be properly "evaluated." It appears your evaluation protocols are now an issue.

    It appears you need enhanced procedures to avoid future incidence like this from occurring.

    How would you handle such events at the Reiman Drive Group Home? What comfort and security can you provide Cromwell residents from such future incidents?

We look forward to your prompt response to this letter.

Very truly yours,

Christie Carpino
State Representative, 32nd District

Paul Doyle
State Senator, 9th District

cc: Commissioner Miriam Delphin-Rittmon, DMHAS