# EXHIBIT

# 3

| | |
|---|---|
| **From:** | Rep. Carpino, Christie |
| **To:** | DelBianco, Doreen |
| **Subject:** | Gilead/Cromwell |
| **Date:** | Monday, July 20, 2015 10:10:10 PM |

Doreen,

We had an unacceptable event in Cromwell last night. It is my understanding that a patient was unattended and walked away from the home. Furthermore, there was a delay in notifying public safety.

Please call me first thing in the morning.

Thank you,
Christie

*Sent from my Verizon Wireless 4G LTE DROID*



DEFENDANT'S EXHIBIT NO. 60 FOR IDENTIFICATION DATE: 2/21/16 RPTR:

**From:** DelBianco, Doreen
**To:** Rep. Carpino, Christie
**Subject:** RE: Gilead/Cromwell
**Date:** Tuesday, July 21, 2015 6:10:36 AM

Rep. Carping,

I am recovering from surgery but can call you this morning. Can you please send me the best number to reach you?

Thank you,
D

---

**From:** Rep. Carpino, Christie <Christie.Carpino@cga.ct.gov>
**Sent:** Monday, July 20, 2015 10:09:56 PM
**To:** DelBianco, Doreen
**Subject:** Gilead/Cromwell

Doreen,

We had an unacceptable event in Cromwell last night. It is my understanding that a patient was unattended and walked away from the home. Furthermore, there was a delay in notifying public safety.

Please call me first thing in the morning.

Thank you,
Christie

*Sent from my Verizon Wireless 4G LTE DROID*

**From:** Dileo, Paul
**To:** Duran, Marilyn
**Subject:** RE: Gilead Residence - Cromwell
**Date:** Friday, August 28, 2015 2:46:29 PM

Thanks Marilyn

Paul J Di Leo MS, FACHE
Chief Operating Officer
DMHAS

**From:** Duran, Marilyn
**Sent:** Friday, August 28, 2015 1:38:50 PM
**To:** 'Sen. Doyle, Paul' (Paul.Doyle@cga.ct.gov); Carpino, Christie (Christie.carpino@housegop.ct.gov); Dileo, Paul; Delphin-Rittmon, Miriam
**Cc:** 'Mackinnon, Greg'; David.Seifel@cga.ct.gov; Hopes, Daisy; Smith, Carol R
**Subject:** FW: Gilead Residence - Cromwell

The conference call is scheduled for Monday (8/31) at 9 am, the phone number is 1-866-773-9842 and the participant code is 2182106#.

Thank you,
Marilyn Duran

**From:** Seifel, David [mailto:David.Seifel@cga.ct.gov]
**Sent:** Friday, August 28, 2015 9:18 AM
**To:** Duran, Marilyn
**Subject:** RE: Gilead Residence - Cromwell

Marilyn,

Senator Doyle has availability at 9:00am on Monday morning. Would this work for the commissioner and Mr. Di Leo?

Thanks again.
Dave

David Seifel
Legislative Aide
Senator Paul Doyle
860.240.0475
David.Seifel@cga.ct.gov

**From:** Duran, Marilyn [mailto:Marilyn.Duran@ct.gov]
**Sent:** Thursday, August 27, 2015 4:23 PM
**To:** Sen. Doyle, Paul; zRepresentative Christie Carpino
**Cc:** Seifel, David; Mackinnon, Greg
**Subject:** FW: Gilead Residence - Cromwell
**Importance:** High

Commissioner Delphin-Rittmon and Paul Di Leo would like a quick call (10 mins) on Monday morning 9/31 to provide a heads up concerning a letter that the Commissioner has received from Gillead's CEO and board chair. Please let me know when you are available for the call. Thank you.

**From:** Duran, Marilyn
**Sent:** Thursday, August 27, 2015 9:04 AM
**To:** 'Sen. Doyle, Paul'; 'David.Seifel@cga.ct.gov'
**Cc:** 'zRepresentative Christie Carpino'
**Subject:** RE: Gilead Residence - Cromwell

Senator Doyle,
Please let me know if you will be able to attend the meeting below. The mayor of Cromwell will also be invited. If you cannot attend we will reschedule the meeting.

Thank you.

*Marilyn Duran*
Administrative Assistant

DMHAS, FOI/Legislative Program Unit
410 Capitol Avenue, 4th Floor
Hartford, CT 06106

Phone: 860-418-6646
Fax: 860-418-6691
Email: Marilyn.Duran@ct.gov

**From:** Duran, Marilyn
**Sent:** Tuesday, August 25, 2015 3:57 PM
**To:** 'zRepresentative Christie Carpino'
**Cc:** 'Sen. Doyle, Paul'
**Subject:** RE: Gilead Residence - Cromwell

Christie,
Thanks for confirming you will attend. Paul Di Leo said that they also need Senator Doyle to attend as well. Please confirm if he will attend. Thank you.

Marilyn

**From:** Duran, Marilyn
**Sent:** Tuesday, August 25, 2015 1:35 PM
**To:** 'zRepresentative Christie Carpino'
**Cc:** Sen. Doyle, Paul
**Subject:** RE: Gilead Residence - Cromwell

The Commissioner would like to meet with you on Thursday September 3rd at 4:00 PM in Middletown, at CVH – Page Hall in the Board room. Please let me know if you can meet with her.

Thank you,
Marilyn

**From:** zRepresentative Christie Carpino [mailto:Christie.Carpino@housegop.ct.gov]
**Sent:** Monday, August 24, 2015 2:12 PM
**To:** Duran, Marilyn
**Cc:** Sen. Doyle, Paul
**Subject:** FW: Gilead Residence - Cromwell

Marilyn,

I tried to email Doreen but got an automatic response that she was out of the office. Do you know when we can expect the report on the Gilead residence?

Thank you.

Christie

**From:** zRepresentative Christie Carpino
**Sent:** Monday, August 24, 2015 2:09 PM
**To:** 'doreen.delbianco@ct.gov'
**Cc:** Sen. Doyle, Paul
**Subject:** RE: Gilead Residence - Cromwell

Doreen,

When can we expect the report on the Gilead residence at 5 Reiman Drive? I am anxious to see the results so we can better understand what went and wrong, how we are going to move forward, and what steps will be taken to provide better protections for both the neighbors and Gilead's clients.

Thank you for your assistance.

Christie