**UNITED STATES DISTRICT COURT DISTRICT OF CONNECTICUT**

| | |
|---|---|
| GILEAD COMMUNITY SERVICES, INC., *et al.*, <br>     *Plaintiffs,* <br><br> v. <br><br> TOWN OF CROMWELL, *et al.*, <br>     *Defendants.* | Case No. 3:17-cv-00627-VAB |

## **VERDICT FORM**

1. Have Plaintiffs proven by a preponderance of the evidence that Defendant Town of Cromwell engaged in intentional discrimination based on disability?

    Yes_____   No ____

2. Have Plaintiffs proven by a preponderance of the evidence that Defendant Town of Cromwell engaged in retaliatory conduct?

    Yes_____   No ____

3. Have Plaintiffs proven by a preponderance of the evidence that Defendant Town of Cromwell made statements that indicated discrimination based on disability?

    Yes_____   No ____

4. If you answered "yes" to one or more of Questions 1 through 3, do you find that the conduct of the Town of Cromwell actually caused any damages to the Plaintiff Gilead Community Services?

    Yes____

    No_____

5. If you answered "yes" to one or more of Questions 1 through 3, do you find that the conduct of the Town of Cromwell actually caused any damages to the Plaintiff Connecticut Fair Housing Center?

    Yes____

    No_____

6. If you answered "yes" to Question 4, please enter the amount of compensatory damages Plaintiff Gilead Community Services is entitled to as a result of Defendant's conduct.

$_____

7. If you answered "yes" to Question 5, please enter the amount of compensatory damages Plaintiff Connecticut Fair Housing Center is entitled to as a result of Defendant's conduct

$_____

Dated_____                Signed_____
                                                                Foreperson