UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GILEAD COMMUNITY SERVICES, INC., *et al.*,<br>              *Plaintiffs,*<br><br>v.<br><br>TOWN OF CROMWELL, *et al.*,<br>              *Defendants.* | Case No. 3:17-cv-00627-VAB |

### VERDICT FORM

1. Have Plaintiffs proven by a preponderance of the evidence that Defendant Town of Cromwell engaged in intentional discrimination?

   Yes _____
   No  _____

2. Have Plaintiffs proven by a preponderance of the evidence that Defendant Town of Cromwell engaged in retaliatory conduct?

   Yes _____
   No  _____

3. Have Plaintiffs proven by a preponderance of the evidence that Defendant Town of Cromwell made discriminatory statements?

   Yes _____
   No  _____

4. If you answered "yes" to one or more of Questions 1 through 3, please enter the amount of compensatory damages Plaintiff Gilead Community Services is entitled to as a result of Defendant's conduct.

   $_____

5. If you answered "yes" to one or more of Questions 1 through 3, please enter the amount of compensatory damages Plaintiff Connecticut Fair Housing Center is entitled to as a result of Defendant's conduct.

   $_____

**CONTINUE TO THE NEXT PAGE**

6.  If you find that Defendant intentionally engaged in one or more of the actions in Questions 1 through 3, do you find that punitive damages should be awarded against the Town of Cromwell? If so, enter the amount of punitive damages you award.

    $ _____