**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| GILEAD COMMUNITY SERVICES, INC., *et al.* | |
|     *Plaintiffs*, | No. 3:17-cv-00627 (VAB) |
|     v. | |
| TOWN OF CROMWELL, *et al.* | |
|     *Defendants*. | |

**<u>GENERAL VOIR DIRE QUESTIONNAIRE</u>**

**Please give the following information:**

1. State your juror number.

2. Are you currently employed?

    a. If yes, who is your employer? How long have you worked there? What is your position?

    b. If no, where did you previously work? How long did you work at that job? What was your position? How did your employment end?

3. If you are married, what is your spouse's current job? If your spouse is unemployed or retired, how was he or she employed most recently?

4. How many children do you have, if any? If so, how are your children employed?

5. What is your highest level of education?

6. Have you or anyone close to you ever worked as a lawyer, judge, or court officer or attended law school?

7. Have you or anyone close to you ever been a plaintiff, defendant, or witness in a civil or criminal lawsuit? If yes, describe the nature of the lawsuit.

8. Have you ever sat as a juror in a civil or criminal case before?

   [If yes:] please give (a) the court (federal or state); (b) the type of jury service (civil, criminal, or grand jury service); and (c) whether you reached a verdict.

9. Is there any legal reason why you cannot serve on a jury, such as a conviction for a crime?

   [If yes, please just note that you have one and it will be addressed at a later point.]

10. Do you have any language issues that would make it hard for you to follow testimony in court or otherwise serve as a juror?