UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GILEAD COMMUNITY SERVICES, INC., *et al.*<br><br>*Plaintiffs*,<br><br>v.<br><br>TOWN OF CROMWELL, *et al.*<br>*Defendants*. | No. 3:17-cv-00627 (VAB) |

### **SUPPLEMENTAL VOIR DIRE QUESTIONNAIRE**

Now, I am going to ask you another series of questions.

Before asking them, I am going to provide you with some background information on this case.

In this case, a civil lawsuit, the plaintiffs, Gilead Community Services and the Connecticut Fair Housing Center, have sued the Defendant, the Town of Cromwell.

Gilead Community Services and the Connecticut Fair Housing Center (or "Plaintiffs") claim that the Town of Cromwell violated both the Fair Housing Act and the Americans with Disabilities Act by their actions regarding the siting and operation of a group home for people with disabilities in the Town of Cromwell.

I am now going to introduce you, by name generally, to the attorneys, parties and witnesses in this case.

1. Plaintiffs in this case are Gilead Community Services and the Connecticut Fair Housing Center. Have you heard of or had any association with either of these organizations?

2. Plaintiffs are represented by counsel, Tara Ramchandani, Yiyang Wu, and Andrea Lowe of the law firm Relman Colfax PLLC, and Greg Kirschner of the Connecticut Fair Housing

Center. Does anyone know, or know anyone who knows, any of these attorneys? Does anyone know others affiliated with either Relman Colfax PLLC or the Connecticut Fair Housing Center?

3. As previously stated, the Defendant in this case is the Town of Cromwell. Do any of you have or ever had any connections to, or know someone who has or had any connections to, the Town of Cromwell? This includes anyone who lived or worked in the Town of Cromwell.

4. Does anyone here know, or know anyone who knows, any of the following officials in the Town of Cromwell: Enzo Faienza, Anthony Salvatore, or Jillian Massey?

5. Defendant is represented by Thomas Gerarde of the law firm Howd and Ludorf, LLC. Does anyone here know, or know anyone who knows, Mr. Gerarde?

6. Now, other than what I told you a moment ago about this case, does anyone know anything about this case or is familiar with this case at all, whether from a news account or any other source?

7. Does anyone know anyone else in the jury pool here today?

8. I am now going to read a list of witnesses who may testify in this case. If anyone knows, or knows anyone who knows, any of the following people, please raise your hand:

    a. Vincent "Enzo" Faienza

    b. Erin Kemple

    c. Daniel Osborne

    d. Patricia Rehmer

    e. Anthony Salvatore

f. Barbara Cass

g. Celeste Cremin-Endes

h. Miriam Delphin-Rittmon

i. Michael Duncan

j. Kimberly Hogan

k. Timothy Hollister

l. Frances Ludwig

m. Jillian Massey

n. Aurelia Matus

o. David McKinley

p. Jean Monahan

q. Richard Newton

r. Salvatore Petrella

s. Stuart Popper

t. Kathy Townsend

u. Diane Uccello

v. Gary Wallace

w. Edward Wenners

x. Daniel Osborn

y. Paul Doyle

z. Anthony Casagrande

aa. Doreen Del Bianco

bb. Paul DiLeo

cc. Russ Hassman

dd. Kim Hogan

ee. Fran Ludwig

ff. Janel Segui

gg. Steven Bull

hh. Barbara Bugella

ii. Robert Latulippe

jj. Stuart B. Popper

kk. Robert G. "Nick" Autorina

ll. Allan D. Spotts

mm. Frank C. Emanuele Jr.

nn. Richard R. Newton

oo. Shirley J. Banic

pp. Shawna Baron

qq. Denise Lamontagne

rr. Christie Marie Carpino

ss. Paul Morrissey Talty

tt. Mertie L. Terry

uu. Kari Louise Olson

vv. Edward B. Wenners

ww. Stephen F. Pendi

xx. Allan Waters

yy. Anthony James Salvatore, Sr.

    zz. Dave Jolley

9. Have you, or anyone you know, ever worked for a state or local government, such as a city, county, or town?

10. Have you ever been involved in your local government, whether in an official or unofficial capacity?

11. Have any of you ever attended local government meetings or hearings about community issues?

12. Have you, any member of your family, or a close friend ever had a physical or mental disability?

13. Do any of you have any specialized knowledge about or opinions on persons who suffer from mental or physical disabilities?

14. Do any of you have any specialized knowledge about or opinions on group homes for people who are experiencing mental health challenges?

15. Does anyone have any opinions–any opinions at all–about group homes for people with mental health diagnoses, such as about their placement in neighborhoods or limiting their placement in neighborhoods?

16. As you have heard, this case involves two federal anti-discrimination laws, the Fair Housing Act and the American with Disabilities Act. Does anyone have any views about these federal laws and their effect on state and local governments, that might affect your ability to be fair and impartial in hearing this case?

17. This case is brought by two non-profit organizations. Does anyone have any views about non-profit organizations, such as that they should have to pay taxes, that might affect your ability to be fair and impartial in hearing this case?

18. Have you, a family member, or close friend ever been accused of discrimination?

19. Does anyone have any opinions, positive or negative, about someone who claims that they were discriminated against?

20. Does anyone have any opinions, positive or negative, about someone who claims a government official has engaged in misconduct?

21. Does anyone have any problem with the principle of American law which provides monetary compensation for injuries, or with the idea of awarding money to compensate a plaintiff for injuries or losses resulting from a violation of rights?

22. Conversely, if the Court were to instruct you that the law applicable to this case could result in your having the duty to send the plaintiffs away with no recovery, would you have difficulty in making that decision?

23. Does anyone have any moral, philosophical, ethical, religious or any other beliefs which might affect their ability to hear and decide this case fairly and impartially, and by that, I mean render a verdict based on the evidence and applying the relevant legal standard to the evidence?

24. Is there anyone who, if they disagreed with the law or the jury instructions as the Court provides them, or thought the law should be interpreted differently, would not be able to be fair and impartial in hearing and deciding this case?

25. If selected as a juror, does anyone have any problem following my instruction that they are not to discuss this case with anyone, read anything about this case or any of the subject matter involving it, and not engage in any social media activities regarding this case, such as posting on Facebook, Twitter, Instagram, Snapchat, TikTok, or any such media outlet, until their service as a juror has concluded?

**FINAL QUESTION:** Aside from everything that has already been asked and discussed, does anyone know of any reason why he or she could not serve on this jury?