## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

GILEAD COMMUNITY SERVICES, INC.,
CONNECTICUT FAIR HOUSING CENTER, INC.,
    Plaintiffs,

V.                                                                                                                            Civil Number 3:17cv00627 (VAB)

TOWN OF CROMWELL,
    Defendant.

## **JUDGMENT**

        This matter came on for trial before a jury and the Honorable Victor A. Bolden, United States District Judge. On October 15, 2021, after deliberation, the jury returned a verdict in favor of the plaintiffs, Gilead Community Services, Inc. and Connecticut Fair Housing Center, Inc., against the defendant, Town of Cromwell, awarding $181,000 in compensatory damages and $5,000,000 in punitive damages. It is therefore;

    ORDERED, ADJUDGED, and DECREED that judgment is entered for the plaintiffs, Gilead Community Services, Inc. and Connecticut Fair Housing Center, Inc., against the defendant, Town of Cromwell, and the case is closed.

    Dated at Bridgeport, Connecticut, this 4th day of November, 2021.

                                                    ROBIN D. TABORA, CLERK
                                                    By:/s/ Jazmin Perez
                                                    Jazmin Perez
                                                    Deputy Clerk

EOD: 11/4/2021