**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

GILEAD COMMUNITY SERVICES, INC,
CONNECTICUT FAIR HOUSING
CENTER INC,
    *Plaintiff*,

    v.

TOWN OF CROMWELL
    *Defendant.*

No. 3:17-cv-00627 (VAB)

## JUDGMENT

This matter came on for trial before a jury and the Honorable Victor A. Bolden, United States District Judge. On October 15, 2021, after deliberation, the jury returned a verdict in favor of the plaintiffs, Gilead Community Services, Inc. and the Connecticut Fair Housing Center, Inc., against the defendant, Town of Cromwell, awarding $181,000 in compensatory damages and$ 5,000,000 in punitive damages. This Court entered judgment on November 4, 2021. ECF No. 248. The Court awarded $1 in nominal damages to the Connecticut Fair Housing Center on May 27, 2022. ECF No. 281. Defendant Town of Cromwell appealed.

On September 4, 2024, the Court of Appeals for the Second Circuit issued a Mandate affirming this Court's judgment in nearly all respects. However, the Court of Appeals remanded the case for "a new trial on the issue of punitive damages unless Gilead agrees to a remittitur reducing the punitive damages to $2 million." Order at 26, ECF No. 288-1. On September 10, 2024, Plaintiffs elected remittitur. See Pls.' Election of Remittitur, ECF No. 290.

1

Accordingly, the Court hereby enters final judgment in favor of the plaintiffs, Gilead Community Services, Inc. and the Connecticut Fair Housing Center, Inc., against the defendant, Town of Cromwell, in the amount of $181,000 in compensatory damages, $2,000,000 in punitive damages, and $1 in nominal damages, plus interest.

**ORDERED, ADJUDGED, and DECREED** at New Haven, Connecticut, this 11th day of September 2024.

Dinah M. Kinney, Clerk

EOD: 9/11/2024  \_\_\_/s/ Tatihana Murphy\_\_\_\_

Deputy Clerk