**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

GILEAD COMMUNITY SERVICES, INC., *et al.*,

        Plaintiffs,

        v.

TOWN OF CROMWELL, *et al.*,

        Defendants.

Civil Action No. 3:17-cv-627-VAB

April 3, 2025

## ORDER

In light of the Parties' Joint Stipulation of Dismissal of Plaintiffs' Claim for Attorneys' Fees and Costs and Satisfaction of Judgment, it is hereby ORDERED that Plaintiffs' claim for attorney fees and costs is DISMISSED WITH PREJUDICE. It is further ORDERED that this case is CLOSED.

So ORDERED, ADJUDGED, and DECREED.

Dated at New Haven, Connecticut, this 3rd day of April, 2025.

Date: April 3, 2025

        __/s/ Victor A. Bolden_____

        Victor A. Bolden
        United States District Judge
        District of Connecticut